No. 660.—VALERY M. GUILBEAU, Administrator, *v.* ZEPHYRIN CORMIER and ALEXANDER ROY.

A third party on appealing from a final judgment on the ground of his liability to contribute, must cite the plaintiff and defendant as appellees, otherwise the appeal will be dismissed for want of proper parties.

The fact that the name of the defendant is inserted in the appeal bond will not supply the defect.

The omission to ask for citation of the defendant in the petition for appeal, is imputable to the appellant.

APPEAL from the District Court, parish of St. Mary.  *Gates, J.  Felix Voorhies* for plaintiff and appellee.  *Gary & Fournet* for defendants and appellants.

HOWE, J.   This suit was instituted upon a promissory note executed *in solido* by Cormier & Roy.   The latter alone was cited, and judgment was taken against him by default and made final.   Cormier, as a third party liable to contribution, appealed.

The plaintiff, appellee, has moved to dismiss the appeal on the ground, among others, that the defendant Roy, against whom the judgment was rendered, has not been made a party.  The appeal was taken by petition, which does not ask for the citation of Roy, nor was he cited.   The fact that his name was inserted in the bond does not supply the defect; and the fact that the petition did not request that Roy be cited causes the defect to be attributable to the appellant.   The motion must prevail.   Gibson *v.* Selby, 3 Ann. 318 ; Lobelle *v.* Lobelle, 5 Ann. 174 ; Cotton *v.* Sterling, 19 Ann. 137 ; Saux *v.* Lefevre, 12 Ann. 757.

It is therefore ordered that the appeal herein be dismissed with costs.